

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2022

No. 04-22-00359-CV

**IN THE INTEREST OF J.E.J.A.**, a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00362
Honorable Monique Diaz, Judge Presiding

# O R D E R

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Appellant timely filed a notice of appeal on June 16, 2022. Accordingly, the record was due June 27, 2022. *See* TEX. R. APP. P. 26.1(b), 35.1(b). The record was not filed. On July 1, 2022, we ordered the court reporter, Sachiko Nagao, to file the reporter's record by July 7, 2022.

As of this date, the court reporter has not filed the reporter's record or a notification of late record. We **order** the court reporter, Sachiko Nagao, to file the reporter's record by **July 25, 2022**. If the record is not received by such date, an order may be issued directing Ms. Nagao to appear before this court in person and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Nagao by certified mail, return receipt requested. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Monique Diaz, Judge of the 438th Judicial District Court.

It is so **ORDERED** on July 18, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

